






TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00341-CR







Ex Parte:  Efrain Sillero, Appellant








FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 97,852, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING







PER CURIAM



	This is an appeal from an order denying relief on writ of habeas corpus.  Appellant has filed
a motion to withdraw the appeal.  No decision of this Court has been delivered.  The motion is granted and
the appeal is dismissed.  See Tex. R. App. P. 59(b).




Before Chief Justice Carroll, Justices Kidd and B. A. Smith


Appeal Dismissed on Appellant's Motion


Filed:  September 11, 1996


Do Not Publish




